

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 7, 2023

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application GRANTED. Sentencing is hereby ADJOURNED to December 6, 2023, at 10:00 a.m. The Clerk of Court is directed to terminate Doc. #867. SO ORDERED.

*[signature]*

September 7, 2023

Re:   *United States v. Harold Figueroa Sanchez*, S3 16 Cr. 387 (JMF)

Dear Judge Furman:

The Government writes to request that the sentencing of Harold Figueroa Sanchez be adjourned from October 12, at 3:15 p.m. to December 6, 2023, at 10:00 a.m., which the Government understands is a day and time convenient for the Court, and that the dates for sentencing submissions be adjourned accordingly. As the Court is aware, Figueroa Sanchez previously pleaded guilty pursuant to a cooperation agreement and has testified at a trial before this Court. The Government seeks this adjournment because the undersigned, who presented Figueroa Sanchez's testimony at trial and is likely best positioned to answer any questions the Court may have in connection with sentencing, will be on trial before Judge Ramos in October. Counsel for Figueroa Sanchez consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: *[signature]*
Justin V. Rodriguez
Assistant United States Attorney
(212) 637-2591

cc:   Counsel of record