UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA   :
:
-v-   :   16-CR-387-14 (JMF)
:
HAROLD FIGUEROA SANCHEZ,   :   ORDER
:
Defendant.   :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court has been contacted by a Classification and Computation Specialist from the BOP's Designation and Sentence Computation Center, who advises that the sentence imposed on Defendant Harold Figueroa Sanchez may not have been legal to the extent that it contemplated credit for time served in connection with an already-completed term of imprisonment. Counsel shall confer and submit a joint letter no later than **July 11, 2024**, addressing the issue and either proposing a solution (if there is a problem) or a briefing schedule (if the parties do not agree).

      SO ORDERED.

Dated: June 27, 2024
      New York, New York

                                                   JESSE M. FURMAN
                                               United States District Judge